**UNITED STATES COURT OF INTERNATIONAL TRADE**                FORM 3

| | |
|---|---|
| LG CHEM, LTD., AND LG CHEM AMERICA, INC.,<br><br>                                  Plaintiffs,<br><br>                v.<br><br>UNITED STATES,<br><br>                                  Defendant. | **SUMMONS**<br><br>**Court No. 20-00096** |

**TO:**    The Attorney General, and the U.S. Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

                                                                              **/s/ Mario Toscano**
                                                                              Clerk of the Court

___

1. Plaintiff LG Chem, Ltd. ("LG Chem") is a foreign producer and exporter of subject merchandise. Plaintiff LG Chem America, Inc. ("LGCAI") is a wholly owned subsidiary of LG Chem and is an importer, purchaser and retailer of subject merchandise in the U.S. Plaintiffs fully participated as interested parties within the meaning of 19 U.S.C. § 1677(9)(A) in the proceeding before the U.S. Department of Commerce ("Commerce Department") that resulted in the contested determination.

   Accordingly, LG Chem, and LGCAI have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c)
   (Name and standing of plaintiff)

2. Plaintiffs contest the Commerce Department's determination as published in *Acetone From the Republic of Korea: Final Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 8,252 (Feb. 13, 2020); *Antidumping Duty Order*, 85 Fed. Reg. 17,866 (Mar. 31, 2020) (as amended by *Correction to Antidumping Duty Orders*, 85 Fed. Reg. 21,391 (Apr. 17, 2020)
   (Brief description of contested determination)

1

3. February 6, 2020 (Date of Commerce's Issues and Decision Memorandum)
   (Date of determination)

4. *Antidumping Duty Order*, 85 Fed. Reg. 17,866 (Mar. 31, 2020) (as amended by *Correction to Antidumping Duty Orders*, 85 Fed. Reg. 21,391 (Apr. 17, 2020)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Daniel L. Porter

Daniel L. Porter

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiffs*

April 28, 2020

## SERVICE OF SUMMONS BY THE CLERK

This Summons is being served on the following:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278


The Honorable Wilbur L. Ross Jr.
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230


Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444


                                                           **/s/ Mario Toscano**
                                                           Clerk of the Court